# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:09CR270** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **CHARLOTTE C. NEEL,** | ) | **ORDER** |
| | ) | |
| **DEFENDANT.** | ) | |

    This matter is before the Court upon Magistrate Judge Benita Y. Pearson's Report and Recommendation that the Court ACCEPT Defendant Charlotee Neel's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Dkt. # 7).

    On June 9, 2009, the Government filed an information against Defendant. (Dkt. # 1). On June 10, 2009, this Court issued an order assigning this case to Magistrate Judge Pearson for the purpose of arraignment and receiving Defendant's guilty plea. (Dkt. # 2). Defendant waived indictment. (Dkt. # 6).

    On June 26, 2009, a hearing was held in which Defendant entered a plea of guilty to Count One of the Information, charging one count of fraud in connection with access devices, in violation of 18 U.S.C. § 1029(a)(2). Magistrate Judge Pearson received Defendant's guilty plea and issued a Report and Recommendation ("R&R")

recommending that this Court accept the plea and enter a finding of guilty. (Dkt. # 7).

Neither party objected to Magistrate Judge Pearson's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood her constitutional rights. She is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Count One in violation of 18 U.S.C. § 1029(a)(2). The sentencing will be held on September 28, 2009, at 10:00 a.m.

**IT IS SO ORDERED**.

*/s/ Peter C. Economus* **- July 17, 2009**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**